(July 12, 1993)

■ BILLY BILLUPS, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 80340.) [601 NYS2d 822] —In a claim to recover damages for destruction of personal property, the claimant appeals from an order of the Court of Claims (McCabe, J.), dated June 15, 1990, which dismissed the claim.

Ordered that the order is affirmed, with costs.

The Court of Claims properly dismissed the claim. The claimant failed to serve the Attorney-General as required by Court of Claims Act § 11. Mangano, P. J., Rosenblatt, Lawrence, Copertino and Joy, JJ., concur.